**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**Tampa Division**

**SUZANNE MCDONALD and**
**TIMOTHY MCDONALD,**

      **Plaintiffs,**

**v.**                                  **Case No. 8:18-cv-2272-SDM-AEP**

**ALLY FINANCIAL INC.,**

      **Defendant.**

**JOINT MOTION TO DISMISS THE CASE WITHOUT PREJUDICE**
**AND SUBMIT IT ARBITRATION**

COMES NOW Plaintiffs Suzanne McDonald and Timothy McDonald and Defendant Ally Financial Inc. ("Ally") (collectively "the Parties"), by counsel, and respectfully moves this Court to dismiss the case without prejudice and submit it to arbitration.  In support of this motion, the Parties state the following:

1.      On September 13, 2018, Plaintiffs Suzanne McDonald and Timothy McDonald filed this action in the United States District Court for the Middle District of Florida, Tampa Division.

2.      Plaintiff served Ally with the Complaint on September 17, 2018.

3.      The Parties have now agreed to submit any disputes between them to binding arbitration.

4.      In accordance with Local Rule 3.01(g), the Parties conferred and have agreed to submit this matter to arbitration.

5.     Accordingly, the Parties respectfully request the Court grant this Motion, dismiss the case without prejudice, and submit it to arbitration.  An Agreed Order granting this Motion is attached hereto as **<u>Exhibit 1</u>**.

WHEREFORE, Plaintiffs Suzanne McDonald and Timothy McDonald and Defendant Ally Financial Inc. respectfully request this Court enter an Order dismissing the case without prejudice and submitting it to arbitration, and for such other and further relief as the Court deems just and proper.

WE ASK FOR THIS:

Dated: November 7, 2018

*/s/ Frank Kerney*_____
Frank Kerney
Florida Bar No. 88672
MORGAN & MORGAN, P.A.
201 N. Franklin St., 7th Floor
Tampa, Florida 33602
Telephone: (813) 577-4729
Email: fkerney@forthepeople.com
*Counsel for Plaintiffs*

*/s/ Gillian Williston*_____
Gillian Williston
Florida Bar No. 14270
TROUTMAN SANDERS LLP
222 Central Park Ave., Suite 2000
Virginia Beach, VA 23462
Telephone: (757) 687-7500
Email: gillian.williston@troutman.com
*Counsel for Ally Financial Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 7th day of June, 2018, I electronically filed the foregoing *Joint Motion to Dismiss the Case Without Prejudice and Submit to Arbitration* with the Clerk of Court by using the CM/ECF system which will automatically send a copy to all counsel of record in this case registered on the CM/ECF system, including:

<u>**Counsel for Plaintiff**</u>

Frank Kerney
Florida Bar No. 88672
MORGAN & MORGAN, P.A.
201 N. Franklin St., 7th Floor
Tampa, Florida 33602
Telephone: (813) 577-4729
Email: fkerney@forthepeople.com
*Counsel for Plaintiffs*

*/s/ Gillian Williston*
Gillian Williston