UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SUZANNE MCDONALD and
TIMOTHY MCDONALD,

    Plaintiffs,

v.                                                    CASE NO. 8:18-cv-2272-T-23AEP

ALLY FINANCIAL, INC.,

    Defendant.
_____/

## **ORDER**

The parties "now agree[] to submit any disputes between them to binding arbitration" and jointly move (Doc. 12) to dismiss this action without prejudice and to submit this action to arbitration. The motion (Doc. 12) is **GRANTED** and this action is **DISMISSED WITHOUT PREJUDICE**. The clerk is directed to close the case.

ORDERED in Tampa, Florida, on November 13, 2018.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE